OSCN Found Document:IN RE FEE SCHEDULE FOR STATE BD. OF EXAMINERS OF CERTIFIED SHORTHAND REPORTERS

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 IN RE FEE SCHEDULE FOR STATE BD. OF EXAMINERS OF CERTIFIED SHORTHAND REPORTERS
2023 OK 63
Decided: 06/05/2023
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2023 OK 63, __ P.3d __

 

IN RE: FEE SCHEDULE FOR THE STATE BOARD OF EXAMINERS OF CERTIFIED SHORTHAND REPORTERS

ORDER

PURSUANT TO the provisions of 20 O.S. § 1506, the Court hereby approves and authorizes the attached Fee Schedule for the State Board of Examiners of Certified Shorthand Reporters. This schedule shall become effective June 9, 2023 and it shall supersede the Fee Schedule issued on April 8, 2019 by administrative order No. SCAD-2019-32 (2019 OK 19).

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 5th day of JUNE, 2023.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

 

 

STATE BOARD OF EXAMINERS OF 
CERTIFIED SHORTHAND REPORTERS 

FEE SCHEDULE

 
 
 Examination Fee -- Oklahoma Resident
 & Non-Resident
 (Exam parts may be taken separately)
 (Includes applicants for Temporary Certificate)

 Skills -- Testimony & Proceedings (Q&A)
   $60.00
 
 
 Skills -- Literary Materials
   $60.00
 
 
 Written Knowledge Test
   $30.00
 
 
 TOTAL FOR COMPLETE EXAM
 $150.00
 
 
  
  
 
 
 Application for Admission by Reciprocity
 
 Qualified applicants may be enrolled without taking skills examinations
 Fee includes one Oklahoma Written Knowledge Test and administrative costs of enrollment
 
 
 $150.00
 
 
  
 
 
 Annual Certificate Renewal Fee
 $30.00
 
 
  
  
  
 
 
 Delinquent Payment Fee
 
 Assessed for failure to renew certificate on or before February 15
 
 
 $100.00
 
 
  
  
  
 
 
 Continuing Education Penalty Fee
 
 Assessed for failure to obtain the requisite number of continuing education hours on or before December 31 of the year in which they are required
 
 
 $100.00
 
 
  
  
  
 
 
 Continuing Education Suspension Fee
 
 Charged to any court reporter whose certificate has been suspended for failure to earn the required number of continuing education hours, to submit a completed compliance report, and/or to pay any applicable continuing education penalty fee on or before February 15
 
 
 $100.00
 
 
  
  
  
 
 
 Retired Status Reinstatement Fee
 $100.00
 
 
  
  
  
 
 

 

 

STATE BOARD OF EXAMINERS OF 
CERTIFIED SHORTHAND REPORTERS 

FEE SCHEDULE

 
 
 Examination Fee -- Oklahoma Resident
 & Non-Resident
 (Exam parts may be taken separately)
 (Includes applicants for Temporary Certificate)

 Skills -- Testimony & Proceedings (Q&A)
 $60.00
 
 
 Skills -- Literary Materials
 $60.00
 
 
 Written Knowledge Test
 $30.00
 
 
 TOTAL FOR COMPLETE EXAM
 $150.00
 
 
  
  
  
 
 
 
Examination Fee -- 
 Non-Resident
 (Exam parts may be taken separately)

 Skills -- Testimony & Proceedings (Q&A)
 $85.00
 
 
 Skills -- Literary Materials
 $85.00
 
 
 
 Written Knowledge Test 
 
 $30.00
 
 
 TOTAL FOR COMPLETE EXAM
 $200.00
 
 
  
  
  
 
 
 Application for Admission by Reciprocity
 Qualified applicants may be enrolled without taking skills examinations
 Fee includes one Oklahoma Written Knowledge Test and administrative costs of enrollment
 $150.00
 
 
  
  
 
 
 Annual Certificate Renewal Fee
 $30.00
 
 
  
  
 
 
 Delinquent Payment Fee
 Assessed for failure to renew certificate on or before February 15
 $100.00
 
 
  
  
 
 
 Continuing Education Penalty Fee
 Assessed for failure to obtain the requisite number of continuing education hours on or before December 31 of the year in which they are required
 $100.00
 
 
  
  
 
 
 Continuing Education Suspension Fee
 Charged to any court reporter whose certificate has been suspended for failure to earn the required number of continuing education hours, to submit a completed compliance report, and/or to pay any applicable continuing education penalty fee on or before February 15
 $100.00
 
 
  
  
 
 
 Retired Status Reinstatement Fee
 $100.00
 
 
  
  
  
 
 

 

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA